**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 167 MAL 2017
:
              Respondent   :   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
         v.   :
:
:
:
ALBERT VICTOR RAIBER,   :
:
              Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.